■ In the Matter of the Claim of RALPH O. PATT, Respondent. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant. MARTIN P. CATHERWOOD, as

Industrial Commissioner, Respondent.— Motion granted and the fee of F. Richard Decatur, Jr., Esq., is fixed at $150 and his disbursements at $10. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.